# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: KAPLAN, PAUL LEWIS § Case No. 3:12-05408-JAF |
| KAPLAN, BARBARA JAN § |
| § |
| Debtor(s) § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 16, 2012. The undersigned trustee was appointed on August 17, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      154,617.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,482.85 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 153,134.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/31/2013 and the deadline for filing governmental claims was 02/12/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,980.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,980.85, for a total compensation of $10,980.85.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $381.74, for total expenses of $381.74.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/25/2013        By: /s/ALEXANDER G. SMITH
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:12-05408-JAF  **Trustee:** (290740) ALEXANDER G. SMITH
**Case Name:** KAPLAN, PAUL LEWIS  **Filed (f) or Converted (c):** 08/16/12 (f)
  KAPLAN, BARBARA JAN  **§341(a) Meeting Date:** 09/18/12
**Period Ending:** 11/21/13  **Claims Bar Date:** 05/31/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2012 TAX REFUND (u) | 0.00 | 4,617.00 | | 4,617.00 | FA |
| 2 | 8 PRARIE LANE, PALM COAST, FL 32164 | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING & SAVINGS | 150.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 3,125.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS & DECORATIONS | 300.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 800.00 | 0.00 | | 0.00 | FA |
| 8 | 2009 CHEVY IMPALA; 2011 FORD F150; 2005 HARLEY<br>  ALSO, 2 EACH 4WHEELERS POLARIS | 50,590.00 | 0.00 | OA | 0.00 | FA |
| 9 | TRIN TRAN TRAILER | 600.00 | 0.00 | | 0.00 | FA |
| 10 | PI CLAIM - AUTO ACCIDENT ** (u) | 150,000.00 | 150,000.00 | | 150,000.00 | FA |
| 11 | PER SOFA ATTORNEY - AUTO ACCIDENT | 0.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets  Totals** (Excluding unknown values) | **$336,065.00** | **$154,617.00** | | **$154,617.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  P.I. LAWSUIT - PAID 4/12/13
  2012 TAX REFUND - PAID 3/15/13
  CLAIMS:  DONE 9/13

  9/12/13 Order Sustaining Objection to Claim(s) #17, 7/11/13 Obj/Claim 17 filed and mailed; 8/26/13 Certificate of Mailing filed; 8/22/13 Order to Employ Steve Vanderwilt CPA; 7/11/13 Application to Employ Steve Vanderwilt CPA; 5/30/13 Order Granting Motion to Approve Compromise filed; 5/25/13 Motion to Approve Compromise filed; 4/25/13 NOAb mailed & filed; 4/10/13 Notice of Intent to Compromise filed and mailed; 3/5/13 Order to Employ Jason Miller, Special Attorney; 3/04/13 Application to Employ Jason Miller, Esq. with Morgan & Morgan, P.A.; 2/21/13 Letter to debtors 2012 TXR refund; 1/18/13 Order to Employ AGS: 01/15/13 Application to Employ AGS Attorney for Trustee

**Initial Projected Date Of Final Report (TFR):**   March 4, 2014    **Current Projected Date Of Final Report (TFR):**   November 30, 2013

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 3:12-05408-JAF | | Trustee: | ALEXANDER G. SMITH (290740) |
|---|---|---|---|---|
| Case Name: | KAPLAN, PAUL LEWIS | | Bank Name: | Rabobank, N.A. |
| | KAPLAN, BARBARA JAN | | Account: | ******8066 - Checking Account |
| Taxpayer ID #: | **-***8704 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 11/21/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/15/13 | {1} | DEBTOR(S) | Repayment of 2012 Tax Refund | 1224-000 | 4,617.00 | | 4,617.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,607.00 |
| 04/12/13 | {10} | MORGAN & MORGAN TRUST ACCOUNT | PI Lawsuit Settlement | 1242-000 | 100,000.00 | | 104,607.00 |
| 04/12/13 | {10} | MORGAN & MORGAN TRUST ACCOUNT | PI CLAIM lawsuit settlement | 1242-000 | 50,000.00 | | 154,607.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.94 | 154,492.06 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 229.62 | 154,262.44 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.09 | 154,055.35 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 243.74 | 153,811.61 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.23 | 153,590.38 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.55 | 153,376.83 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.68 | 153,134.15 |
| | | | ACCOUNT TOTALS | | 154,617.00 | 1,482.85 | $153,134.15 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 154,617.00 | 1,482.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $154,617.00 | $1,482.85 | |

```
Net Receipts :           154,617.00
                       _____
Net Estate :            $154,617.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8066 | 154,617.00 | 1,482.85 | 153,134.15 |
| | $154,617.00 | $1,482.85 | $153,134.15 |

{} Asset reference(s)

Printed: 11/21/2013 04:16 PM     V.13.13

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 31, 2013

**Case Number:** 3:12-05408-JAF  
**Debtor Name:** KAPLAN, PAUL LEWIS

Page: 1

**Date:** November 21, 2013  
**Time:** 04:17:11 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ALEXANDER G. SMITH<br>FLA BAR #140323<br>2601 UNIVERSITY BLVD., WEST<br>JACKSONVILLE, FL 32217 | Admin Ch. 7 | | $10,980.85 | $0.00 | 10,980.85 |
| 200 | ALEXANDER G. SMITH<br>FLA BAR #140323<br>2601 UNIVERSITY BLVD., WEST<br>JACKSONVILLE, FL 32217 | Admin Ch. 7 | | $381.74 | $0.00 | 381.74 |
| 200 | JASON S. MILLER<br>MORGAN & MORGAN PA<br>76 SOUTH LAURA STREET STE 1100<br>JACKSONVILLE, FL 32202 | Admin Ch. 7 | | $60,000.00 | $0.00 | 60,000.00 |
| 200 | JASON S. MILLER<br>MORGAN & MORGAN PA<br>76 SOUTH LAURA STREET STE 1100<br>JACKSONVILLE, FL 32202 | Admin Ch. 7 | | $3,834.09 | $0.00 | 3,834.09 |
| 200 | STEVEN M. VANDERWILT<br>9940 HOOD ROAD<br>JACKSONVILLE, FL 32257 | Admin Ch. 7 | | $464.50 | $0.00 | 464.50 |
| 200 | STEVEN M. VANDERWILT<br>9940 HOOD ROAD<br>JACKSONVILLE, FL 32257 | Admin Ch. 7 | | $24.50 | $0.00 | 24.50 |
| 1<br>610 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124 | Unsecured | 9390<br>PO Box 248866<br>Oklahoma City, OK 73124<br>--------* * * | $405.24 | $0.00 | 405.24 |
| 2<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 7741<br>PO Box 71083<br>Charlotte, NC 282721083<br>--------* * * | $4,037.13 | $0.00 | 4,037.13 |
| 3<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 9123<br>PO Box 71083<br>Charlotte, NC 282721083<br>--------* * * | $1,355.63 | $0.00 | 1,355.63 |
| 4<br>610 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | 3351<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706<br>--------* * * | $5,827.78 | $0.00 | 5,827.78 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 31, 2013

**Case Number:** 3:12-05408-JAF  
**Debtor Name:** KAPLAN, PAUL LEWIS

Page: 2

**Date:** November 21, 2013  
**Time:** 04:17:11 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 610 | Sallie Mae Inc, On Behalf of The Department of Education<br>DOE, P.O. Box 740351<br>Atlanta, GA 30374-0351 | Unsecured | 3351<br>Department of Education<br>DOE, P.O. Box 740351<br>Atlanta, GA 303740351 | $5,967.58 | $0.00 | 5,967.58 |
| 6 610 | Medical Partners of Jacksonville, LLC<br>1564 Kingsley Ave, Ste 101<br>Orange Park, FL 32073 | Unsecured | 3351<br>1564 Kingsley Ave, Ste 101<br>Orange Park, FL 32073 | $11,414.13 | $0.00 | 11,414.13 |
| 7 610 | eCAST Settlement Corp, Assignee of Capital One, N.A<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | 3737<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | $5,152.31 | $0.00 | 5,152.31 |
| 8 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 9415<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | $345.30 | $0.00 | 345.30 |
| 9 610 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | 0482<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 296030390 | $2,086.70 | $0.00 | 2,086.70 |
| 10 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 8217<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 331311605 | $1,309.88 | $0.00 | 1,309.88 |
| 11 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 9777<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 331311605 | $3,273.71 | $0.00 | 3,273.71 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 31, 2013

**Case Number:** 3:12-05408-JAF
**Debtor Name:** KAPLAN, PAUL LEWIS

Page: 3

**Date:** November 21, 2013
**Time:** 04:17:11 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 2368<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 331311605 | $1,467.77 | $0.00 | 1,467.77 |
| 13 610 | Healthcare Recoveries<br>PO Box 36380<br>Louisville, KY 40233 | Unsecured | 3351<br>PO Box 36380<br>Louisville, KY 40233 | $21,382.71 | $0.00 | 21,382.71 |
| 14 610 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | 5947<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 296030368 | $3,721.97 | $0.00 | 3,721.97 |
| 15 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | 4570<br>POB 41067<br>Norfolk, VA 23541 | $612.67 | $0.00 | 612.67 |
| 16 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | 7301<br>POB 41067<br>Norfolk, VA 23541 | $2,843.21 | $0.00 | 2,843.21 |
| 17 610 | Roy Carlisi<br>Carlisi Chiropractic Center, Inc.<br>1400 East Moody Blvd.,Bunnell, FL 32110<br>Bunnell, FL 32110-5916 | Unsecured | Objection to Claim filed. Claim 17 allowed as general unsecured in the amount of $26,464.00 | $26,464.00 | $0.00 | 26,464.00 |
| **<< Totals >>** | | | | 173,353.40 | 0.00 | 173,353.40 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 3:12-05408-JAF
Case Name: KAPLAN, PAUL LEWIS
Trustee Name: ALEXANDER G. SMITH

**Balance on hand:** $ 153,134.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 153,134.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEXANDER G. SMITH | 10,980.85 | 0.00 | 10,980.85 |
| Trustee, Expenses - ALEXANDER G. SMITH | 381.74 | 0.00 | 381.74 |
| Attorney for Trustee, Fees - JASON S. MILLER | 60,000.00 | 0.00 | 60,000.00 |
| Attorney for Trustee, Expenses - JASON S. MILLER | 3,834.09 | 0.00 | 3,834.09 |
| Accountant for Trustee, Fees - STEVEN M. VANDERWILT | 464.50 | 0.00 | 464.50 |
| Other Fees: STEVEN M. VANDERWILT | 24.50 | 0.00 | 24.50 |

Total to be paid for chapter 7 administration expenses: $ 75,685.68
Remaining balance: $ 77,448.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 77,448.47

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 77,448.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,667.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 405.24 | 0.00 | 321.35 |
| 2 | Capital One Bank (USA), N.A. | 4,037.13 | 0.00 | 3,201.36 |
| 3 | Capital One Bank (USA), N.A. | 1,355.63 | 0.00 | 1,074.99 |
| 4 | Sallie Mae | 5,827.78 | 0.00 | 4,621.31 |
| 5 | Sallie Mae Inc, On Behalf of The | 5,967.58 | 0.00 | 4,732.17 |
| 6 | Medical Partners of Jacksonville, LLC | 11,414.13 | 0.00 | 9,051.17 |
| 7 | eCAST Settlement Corp,Assignee of Capital One, N.A | 5,152.31 | 0.00 | 4,085.67 |
| 8 | Capital One, N.A. | 345.30 | 0.00 | 273.82 |
| 9 | Dell Financial Services, LLC | 2,086.70 | 0.00 | 1,654.71 |
| 10 | Capital Recovery V, LLC | 1,309.88 | 0.00 | 1,038.71 |
| 11 | Capital Recovery V, LLC | 3,273.71 | 0.00 | 2,595.98 |
| 12 | Capital Recovery V, LLC | 1,467.77 | 0.00 | 1,163.91 |
| 13 | Healthcare Recoveries | 21,382.71 | 0.00 | 16,956.04 |
| 14 | MERRICK BANK | 3,721.97 | 0.00 | 2,951.44 |
| 15 | Portfolio Recovery Associates, LLC | 612.67 | 0.00 | 485.83 |
| 16 | Portfolio Recovery Associates, LLC | 2,843.21 | 0.00 | 2,254.61 |
| 17 | Roy Carlisi | 26,464.00 | 0.00 | 20,985.40 |

|   | Total to be paid for timely general unsecured claims: | $ | 77,448.47 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**